# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## At Martinsburg

ELECTRONICALLY FILED
Feb 12 2024
U.S. DISTRICT COURT
Northern District of WV

**BONNIEVIEW APOSTOLIC CHAPEL**, a
Corporation, and **ROBERT FAZZALORE**,
An individual and President and Pastor of
Bonnieview Apostolic Chapel,

**Plaintiffs,**

v.                                                                  CIVIL ACTION NO.:   3:24-cv-18 (Groh)

**GUIDEONE SPECIALTY MUTUAL**         (Removed from Mineral County Circuit
**INSURANCE COMPANY**, a foreign           Court; Civil Action No: CC-29-2024-C-4)
Corporation/company,

**Defendant.**

## NOTICE OF REMOVAL

1. The Defendant, Guideone Specialty Mutual Insurance Company (hereinafter "Guideone"), seeks to remove this civil action from state court to federal court. The above-entitled action was commenced in the Circuit Court of Mineral County, West Virginia on or about January 23, 2024. The Complaint, which was duly filed in the Office of the Clerk of said Court, was mailed via Traceable Mail to CT Corporation System in Charleston, West Virginia who received it on January 29, 2024. A copy of the Summons, and Complaint are attached hereto as **Exhibit 1**. A copy of the Docket Sheet from Mineral County is attached as **Exhibit 2**. A copy of the Notice of Filing Notice of Removal filed in Mineral County is attached as **Exhibit 3**. A copy of the Civil Cover Sheet is attached here to as **Exhibit 4**.

2. The Plaintiff alleges he suffered bodily injury when struck, as a pedestrian, by a motor vehicle in Charleston, West Virginia on or about June 27, 2022. The Plaintiff further alleges that Guideone denied him Underinsured Motorist Bodily Injury coverage, committed "statutory

19238610.1

bad faith", and committed "common law bad faith". With regard thereto, the Plaintiff alleges that the Defendant's conduct constitutes "actual malice".

3. Upon information and belief, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00) as the Plaintiff alleges an entitlement to policy proceeds, punitive and consequential damages, attorney fees and costs, and judgment for damages for alleged "actual malice."

4. The United States District Court for the Northern District Court of West Virginia has diversity jurisdiction by reason of 28 U.S.C. § 1332(a)(1), inasmuch as the Plaintiff is a resident of the State of West Virginia and the Defendant is a foreign corporation. The action is removable by reason of 28 U.S.C. § 1441, inasmuch as the party Defendant is not a citizen of the State in which the action was brought.

5. This Notice is filed within thirty (30) days after the Defendant was served with and received copies of the summons, legal notice and the Complaint.

6. Pursuant to 28 U.S.C. §1446(d), a "Notice of Filing of Notice of Removal" has been filed with the Clerk of the Circuit Court of Mineral County, West Virginia, and Defendant has given written notice thereof to all adverse parties as required by law.

7. The Answer and the Motion for Partial Dismissal of Guideone will be filed in accordance with the timeframe established by Fed. R. Civ. P. 81(c)(C).

WHEREFORE, the Defendant respectfully requests that the aforesaid civil action be removed from the Circuit Court of Mineral County, West Virginia to the United States District Court for the Northern District of West Virginia, and that said State Court proceed no further with said action.

19238610.1

**GUIDEONE MUTUAL**
**INSURANCE COMPANY**
**By Counsel**

*/s/ Tracey Eberling*
Michelle E. Gaston (WVSB # 7494)
Anders W. Lindberg (WVSB#8876)
STEPTOE & JOHNSON PLLC
825 Third Avenue, Suite 400
P.O. Box 2195
Huntington, WV 25722-2195
Telephone: 304-522-8290
Facsimile: 304-526-8089
Michelle.Gaston@steptoe-johnson.com
Anders.lindberg@steptoe-johnson.com


Tracey Eberling (WVSB# 6306)
Steptoe and Johnson PLLC
Edwin Miller Professional Center
1250 Edwin Miller Blvd., Suite 300
Martinsburg, WV 25404
Phone:(304)263-6991
Fax: (304)262-3541
Tracey.eberling@steptoe-johnson.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## At Martinsburg

**BONNIEVIEW APOSTOLIC CHAPEL, a Corporation, and ROBERT FAZZALORE, An individual and President and Pastor of Bonnieview Apostolic Chapel,**

        **Plaintiffs,**

v.

**GUIDEONE SPECIALTY MUTUAL INSURANCE COMPANY, a foreign Corporation/company,**

        **Defendant.**

**CIVIL ACTION NO.:**

(Removed from Mineral County Circuit Court; Civil Action No: CC-29-2024-C-4)

### CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, I filed this **"NOTICE OF REMOVAL"** by using the CM/ECF system which will send notification of such filing to the following counsel of record. A copy was also placed in U.S. Mail, postage pre-paid:

    Jeffery L. Robinette, Esq.
    Martin F. Mazeaka, Esq.
    Robinette Legal Group, PLLC
    211 Everhart Drive, Suite 200
    Morgantown, WV 26508

    */s/ Tracey Eberling*
    Michelle E. Gaston (WVSB # 7494)
    Anders W. Lindberg (WVSB#8876)
    STEPTOE & JOHNSON PLLC
    825 Third Avenue, Suite 400
    P.O. Box 2195
    Huntington, WV 25722-2195
    Telephone: 304-522-8290
    Facsimile: 304-526-8089
    Michelle.Gaston@steptoe-johnson.com
    Anders.lindberg@steptoe-johnson.com

19238610.1

Tracey Eberling (WVSB# 6306)
Steptoe and Johnson PLLC
Edwin Miller Professional Center
1250 Edwin Miller Blvd., Suite 300
Martinsburg, WV 25404
Phone:(304)263-6991
Fax: (304)262-3541
Tracey.eberling@steptoe-johnson.com

19238610.1